EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br><br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s): |
|---|---|---|

_____ and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)*<br>Ms. Kelleigh Broussard | Home Phone *(Incl.*<br>228-861-9849 | Date of Birth<br>4-23-71 |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|
| 13090 Pine Valley Lane | Biloxi, MS 39532 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name<br>Pearl River County School District | No. Employees, Members<br>>500 | Phone No. *(Include Area Code)*<br>601-798-7744 |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|
| 130 Alphabet Ave. | Carriere, MS 39426 |

| | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE  ☐ COLOR  ☒ SEX  ☒ RELIGION  ☐ NATIONAL ORIGIN<br>☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION<br>☐ OTHER *(Specify)* | Earliest: 3-17-25    Latest: 4-28-25<br><br>☐ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am a 54-year-old female resident of Harrison County and Biloxi, Mississippi. I was raised Roman Catholic, but was not confirmed, and am not currently active in any religious practice.

During March 2025, I applied for the position of Superintendent of the Pearl River County School District (PRCSD).

I have 23 years of experience in public education, including four years as Assistant Superintendent in one of Mississippi's highest-performing districts. I hold a specialist's degree, and I am in the process of completing a doctorate in Educational Leadership. My leadership has resulted in numerous accolades and awards with recognition at the local, state, and national level. My qualifications aligned strongly with both the job description for the position of Superintendent and the community stakeholder feedback report compiled by PRCSD.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare u der penalty of perjury that the above is true and correct.<br><br>*Kelleigh Broussard*<br><br>05/29/2025<br>Date        Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information a d belief.<br>SIGNATURE OF COMPLAINANT<br><br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| | ☐ FEPA<br>☒ EEOC | |
| _____<br>*State or local Agency, if any* | | and EEOC |

On April 28, 2025, I was interviewed by the PRCSD Board in a chapel, which was not the Board's normal meeting site. The interview began with a recitation of the Pledge of Allegiance. After that, one of the board members read a passage from the Bible. During the reading from the Bible, I bowed my head out of deference to those present who might be practicing Christians. Internally, I felt it strange and frankly inappropriate for there to be a reading from the Bible as a prelude to a meeting held for the purpose of filling a vacancy in a public school district.

Then the interview began, and the board members asked me various questions. None of the questions related to my practice of religion and none of my responses addressed the matter of my religious practice or lack thereof.

On the evening of April 28, 2025, I learned that I had not been selected for the position and instead was informed that the Board was going to move forward with another candidate. Thereafter, the PRCSD publicly announced its candidate of choice was Mr. Robin "Jeremy" Weir.

Mr. Weir has a bachelor's degree and a master's degree, but he has no district-level leadership experience. From the standpoint of experience, therefore, Mr. Weir has substantially less experience and qualifications than I have. It is also notable that Mr. Weir is a lifelong friend of the PRCSD School Board President, Eli Ouder. Both Mr. Weir and Mr. Ouder are members of an organization called 1st Responders for Christ and have served as guests on religious podcasts for this group. It was also notable that on his personal Facebook page, Mr. Ouder shared the news that Mr. Weir had been selected for the position with the caption, "God's Plan".

I contend that during or around the 2021/2022 school year, Mr. Weir was terminated from his educator job with the Bay St. Louis-Waveland School District and escorted off the property. I further contend that Mr. Weir obtained his Mississippi Educator License only five days before the PRCSD Superintendent position was posted.

I adamantly contend that I was clearly more qualified for the position than Mr. Weir when one considers the job description for the position of Superintendent and the community stakeholder feedback report compiled by PRCSD. In the Stakeholder Survey Feedback Report from PRCSD, stakeholders provided their feedback as recommendations for the hiring process for the position of Superintendent.  The stakeholders expressed concern about the potential for favoritism and nepotism. They requested a superintendent who could promote fairness, accountability, and merit-based advancement. Stakeholders specified that desired leadership characteristics reflect a candidate with demonstrated success as an instructional leader, preferably with central office and

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>*Kelleigh Broussard*<br>05/29/2025 _____  _____<br>  *Date*          *Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| | ☐ FEPA<br>☒ EEOC | |

|  and EEOC |
|---|
| *State or local Agency, if any* |

district-level experience.  Multiple respondents emphasized the importance of understanding curriculum, an area in which Ms. Broussard holds a specialist's degree. Stakeholders also emphasized the need for a superintendent who is an independent thinker and who is not influenced by local politics, personal alliances, or internal pressure. Strong preference was expressed for external candidates without close ties to the district. Stakeholders emphasized the need for a fresh perspective unburdened by existing relationships or district history. I contend that the stakeholder feedback was disregarded and ignored by the PRCSD.

I have been discriminated against due to sex and religion, in violation of Title VII.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>*Kelleigh Broussard*<br><br>05/29/2025 _____<br>*Date*          *Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |