## Louis Watson, Jr.

| | |
|---|---|
| **From:** | DOJ Civil Rights - Do Not Reply <civilrightsdonotreply@mail.civilrights.usdoj.gov> |
| **Sent:** | Tuesday, January 13, 2026 1:38 PM |
| **To:** | Louis Watson, Jr. |
| **Subject:** | Response: Your Civil Rights Division Report - 697828-NGR from the Employment Litigation Section |
| **Categories:** | Smokeball |

You don't often get email from civilrightsdonotreply@mail.civilrights.usdoj.gov. Learn why this is important



**U.S. Department of Justice**
**Civil Rights Division**

| civilrights.justice.gov

697828-NGR

**NOTICE OF RIGHT TO SUE WITHIN 90 DAYS**

Jan 13, 2026

Kelleigh Broussard

kelleigh.Broussard@gmail.com

Re:     Kelleigh Broussard v. Pearly River Co Schools, et al.,
EEOC Charge No. 425-2025-01369

Dear Kelleigh Broussard,

You are receiving this notice because you filed the above charge(s) with the Equal Employment Opportunity Commission (EEOC), and you or your attorney specifically requested this notice.

Because either 180 days have passed since you filed the above charge(s), or because the EEOC has determined that it will not be able to conclude its

1

administrative process within 180 days of the date it assumed jurisdiction of the charge(s), you are hereby notified that you have the right to file a lawsuit commencing a civil action based on the charge(s) under the following statute(s):

- Title VII of the Civil Rights Act of 1964, 42 USC. 42 U.S.C. § 2000e, et seq.

If you decide to file a lawsuit under the statute(s) identified above, **you must file it in the appropriate court within 90 days of receiving this Notice**.  This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether your charge is meritorious.  If you haven't already, you may want to consult with a private attorney of your own choosing and expense.

If you have questions or wish to inspect the investigative file pertaining to this matter, please address your inquiry to the following EEOC office: Mobile Local Office. Contact information for this office can be located at https://www.eeoc.gov/field-office/mobile/location.

Sincerely,

Complaint Referral Unit
Employment Litigation Section
Civil Rights Division

CC: kelleigh.Broussard@gmail.com, louis@watsonnorris.com, tonia.pyles@arlaw.com, ERIKA.LACOUR@EEOC.GOV

## Contact

civilrights.justice.gov

 U.S. Department of Justice Civil Rights Division 950 Pennsylvania Avenue, NW Washington, D.C. 20530-0001

 (202) 514-3847 1-855-856-1247 (toll-free) Telephone Device for the Deaf (TTY) (202) 514-0716

